1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
           Office of the General Counsel
6          Social Security Administration
           6401 Security Boulevard
7          Baltimore, Maryland 21235
           Telephone: (510) 970-4822
8          E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13                                        No.  2:25-cv-00395-CKD
   SARGON DAVID AIWAZ,
14
       Plaintiff,
15                                        STIPULATION FOR EXTENSION TO FILE
   v.                                     OPPOSITION TO PLAINTIFF'S OPENING
16                                        BRIEF; ORDER
   COMMISSIONER OF SOCIAL
17 SECURITY,

18             Defendant.

19
           IT IS HEREBY STIPULATED, by and between the parties, through their respective
20
   counsel of record, that the time for responding to Plaintiff's motion for summary judgment be
21
   extended from May 19, 2025 to June 18, 2025.  This is Defendant's first request for an extension
22
   of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time
23
   because undersigned counsel currently has six district court briefs due on between May 12 and
24
   May 19, and needs additional time.
25
           The parties further stipulate that the Court's Scheduling Order shall be modified
26
   accordingly.
27
       •   Defendant shall respond to Plaintiff's opening brief on or before June 18, 2025;
28

1    • Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on

2         or before July 2, 2025).

3

4

5                                                Respectfully submitted,

6

7    DATE: May 1, 2025                           /s/ Francesco Paulo Benavides  *
                                                  FRANCESCO PAULO BENAVIDES
8                                                 Attorney for Plaintiff
                                                  (* approved via email on 5/1/25)

9
                                                  MICHELE BECKWITH
10                                                Acting United States Attorney

11   DATE: May 1, 2025              By    s/ Marcelo Illarmo
                                          MARCELO ILLARMO
12                                        Special Assistant United States Attorney

13                                        Attorneys for Defendant

14

15

16                                       ORDER

17

18   APPROVED AND SO ORDERED.

19   Dated:  May 2, 2025

20                                       _____
                                         CAROLYN K. DELANEY
21                                       UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                         2